**Deepak VOHRA, Plaintiff—Appellant,**

v.

**COUNTY OF ORANGE; et al.,**
**Defendants—Appellees,**

and

**LCSW, Defendant.**

No. 05–56339.

D.C. No. CV–03–01829–RGK.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 23, 2006.*

Decided Jan. 27, 2006.

Deepak Vohra, Orange, CA, pro se.

Byron J. Beam, Beam Brobeck & West LLP, Laura Karen Sitar, Bonne Bridges Mueller O'Keefe and Nichols, Santa Ana, CA, Deborah P. Knefel, Anaheim City Attorney's Office, Anaheim, CA, James J. Kjar, Reback McAndrews & Kjar, Manhattan Beach, CA, for Defendants–Appellees.

Before T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM**

A review of appellant's response to the order to show cause and the record indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

